UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>OSNET WIRELESS, CORP.<br><br>Defendant | CIVIL NO. 22-CV-1472(RAM)<br><br><br>Recovery of Forfeiture Penalty |

**MOTION INFORMING VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT:

COMES NOW the United States of America, through the undersigned attorney, who respectfully alleges and prays as follows:

1. Plaintiff voluntarily dismisses its cause of action filed against the defendant party.

WHEREFORE, plaintiff respectfully requests this Honorable Court to authorize the voluntary dismissal in favor of the defendant.

In San Juan, Puerto Rico, this 21st day of October 2022.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
SAN JUAN, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com